FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL SEGUN OYENIRAN, AKA Daniel Olu Abraham,<br><br>  Petitioner - Appellant,<br><br> v.<br><br>JO ANN GORDON, Warden,<br><br>  Respondent - Appellee. | No. 11-56691<br><br>D.C. No. 2:04-cv-02348-CAS-CW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:    FISHER and NGUYEN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions, if any, are denied as moot.